UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jerry Yonkedeh,

    Petitioner,

v.

United States of America,

    Respondent.

Case No. 23-cv-0666 (DSD/DLM)

**ORDER**

---

This matter is before the court upon the report and recommendation of United States Magistrate Judge Douglas L. Micko dated June 15, 2023 (R&R). No objections have been filed to the R&R in the time period permitted.

Accordingly, based on the R&R and all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED that:**

1. The R&R [ECF No. 10] is adopted in its entirety;

2. Petitioner's Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED AS MOOT**; and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 5, 2023

                                                  s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court